Joseph Lavi, Esq. (State Bar No. 209776)
jlavi@lelawfirm.com
Jordan D. Bello, Esq. (State Bar No. 243190)
jbello@lelawfirm.com
**LAVI & EBRAHIMIAN, LLP**
8889 W. Olympic Blvd., Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001

Sahag Majarian II, Esq. (State Bar No. 146621)
sahagii@aol.com
**Law Offices of Sahag Majarian II**
18250 Ventura Boulevard
Tarzana, California 91356
Telephone: (818) 609-0807
Facsimile: (818) 609-0892

Attorneys for PLAINTIFF
LUCAS MEJIA on behalf of himself and others similarly situated.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS MEJIA on behalf of himself and others similarly situated.<br><br>　　　PLAINTIFF,<br><br>vs.<br><br>WALGREEN CO., et al.,<br><br>　　　DEFENDANTS. | Case No.: 2:19-CV-00218-WBS-AC<br><br>**ORDER CONTINUING THE INITIAL SCHEDULING CONFERENCE** |

[PROPOSED] ORDER CONTINUING THE INITIAL SCHEDULING CONFERENCE

1

The Court reviewed and considered the Joint Status Report and the Parties' request to continue the initial status conference for five months to permit the Parties to secure a mediation date and exchange informal discovery prior to the mediation.

IT IS HEREBY ORDERED that:

1. The Status (Pretrial Scheduling) Conference scheduled for June 10, 2019 at 1:30 p.m. is continued to November 12, 2019, at 1:30 p.m. in Courtroom 5. A Joint Status Report shall be filed no later than October 29, 2019.

Dated: May 30, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE