# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| LUCAS MEJIA on behalf of himself and others similarly situated.<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>WALGREEN CO., an Illinois corporation; WALGREEN CO./ILL., a business entity unknown; and DOES 1 to 100, Inclusive.<br><br>　　　　　　　　　Defendants. | Case No. 2:19-cv-00218-WBS-AC<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE** |

　　　　The Court read and considered the Joint Stipulation of Defendants Walgreen Co. and Walgreen Co./Ill and Plaintiff Lucas Mejia to continue the Scheduling Conference in the above-captioned matter. Good cause appears for the requested relief.

　　　　IT IS HEREBY ORDERED that the Scheduling Conference is continued from November 12, 2019 to February 3, 2020, at 1:30 p.m., Courtroom 5. An amended joint status report shall be filed no later than January 21, 2020.

　　　　IT IS SO ORDERED.

Dated: October 30, 2019

　　　　　　　　　　　　　　　　　　　　_William V. Shubb_
　　　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE