BRYAN CAVE LEIGHTON PAISNER LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CA 92612-4414

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| LUCAS MEJIA on behalf of himself and others similarly situated.<br><br>Plaintiffs,<br><br>v.<br><br>WALGREEN CO., an Illinois corporation; WALGREEN CO./ILL., a business entity unknown; and DOES 1 to 100, Inclusive.<br><br>Defendants. | Case No. 2:19-cv-00218-WBS-AC<br><br>**ORDER GRANTING SECOND JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>Hon. William B. Shubb<br>Courtroom 5 |

1. The Court read and considered the Second Joint Stipulation of Defendants Walgreen Co. and Walgreen Co./Ill and Plaintiff Lucas Mejia to continue the Scheduling Conference in the above-captioned matter. Good cause appears for the requested relief.

IT IS HEREBY ORDERED that the Scheduling Conference is continued from February 3, 2020 to **March 30, 2020, at 1:30 p.m., Courtroom 5**. An amended joint status report shall be filed no later than **March 16, 2020**.

IT IS SO ORDERED.

Dated: January 7, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BRYAN CAVE LEIGHTON PAISNER LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CA 92612-4414