Joseph Lavi, Esq. (State Bar No. 209776)
jlavi@lelawfirm.com
Jordan D. Bello, Esq. (State Bar No. 243190)
jbello@lelawfirm.com
**LAVI & EBRAHIMIAN, LLP**
8889 W. Olympic Blvd., Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001

Sahag Majarian II, Esq. (State Bar No. 146621)
sahagii@aol.com
**Law Offices of Sahag Majarian II**
18250 Ventura Boulevard
Tarzana, California 91356
Telephone: (818) 609-0807
Facsimile: (818) 609-0892

Attorneys for PLAINTIFF
LUCAS MEJIA on behalf of himself and others similarly situated.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS MEJIA on behalf of himself and others similarly situated.<br><br>PLAINTIFF,<br><br>vs.<br><br>WALGREEN CO., et al.,<br><br>DEFENDANTS. | Case No.: 2:19-CV-00218-WBS-AC<br><br>**NOTICE OF SETTLEMENT IN A CLASS ACTION AND REQUEST TO VACATE THE MARCH 30, 2020 SCHEDULING CONFERENCE** |

TO THE HONORABLE COURT AND ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the Parties have agreed to principal terms of settlement of this class action.

Plaintiff would request the Court vacate the March 30, 2020 scheduling conference and set a status conference in approximately 120 days. Good cause exists to vacate the scheduling conference and set a future status conference. Because this is a class action and PAGA representative action, the settlement must be approved by a court and class members must be notified and given an opportunity to opt out. The matter cannot be dismissed by the parties prior to this approval process. The parties are presently drafting long form settlement documents and class notice documents and setting a future status conference will permit the parties to finalize the settlement documents and prepare the motion for preliminary approval of class action settlement.

Dated: March 10, 2020  **LAVI & EBRAHIMIAN, LLP**

By: /s/ Jordan D. Bello
 Joseph Lavi, Esq.
 Jordan D. Bello, Esq.
 Attorneys for PLAINTIFF
 LUCAS MEJIA and Other Class Members