UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| LUCAS MEJIA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALGREEN CO., an Illinois Corporation; WALGREEN CO./ILL., a business entity unknown; and DOES 1 to 100, inclusive,<br><br>Defendants. | No. 2:19-cv-00218 WBS AC<br><br>ORDER CLARIFYING AND/OR AMENDING THE COURT'S NOVEMBER 24, 2020 MEMORANDUM AND ORDER RE: MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

----oo0oo----

The court has read and considered the Joint Stipulation for Request for Clarification and/or Amendment to the Court's November 24, 2020 Memorandum and Order Re: Motion for Preliminary Approval of Class Action Settlement ("Order"). Good cause appears for the following relief:

IT IS HEREBY ORDERED that:

The class members have 60 days from the date that the

1

settlement administrator mails the notice packets to request exclusion, object to the settlement, and/or indicate their intention to appear at the final fairness hearing.  The notice packets shall instruct any person who is interested in attending the final fairness hearing to contact plaintiff's counsel no later than 60 days from the date that the settlement administrator mails the notice packets to obtain instructions for gaining access via Zoom.

      IT IS SO ORDERED.

Dated:   December 9, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2