1  Joseph Lavi, Esq. (State Bar No. 209776)
   jlavi@lelawfirm.com
2  Jordan D. Bello, Esq. (State Bar No. 243190)
   jbello@lelawfirm.com
3  **LAVI & EBRAHIMIAN, LLP**
   8889 W. Olympic Blvd., Suite 200
4  Beverly Hills, California 90211
   Telephone: (310) 432-0000
5  Facsimile: (310) 432-0001

6  Sahag Majarian II, Esq. (State Bar No. 146621)
   sahagii@aol.com
7  **Law Offices of Sahag Majarian II**
   18250 Ventura Boulevard
8  Tarzana, California 91356
   Telephone: (818) 609-0807
   Facsimile: (818) 609-0892
9

10 Attorneys for PLAINTIFF
   LUCAS MEJIA on behalf of himself and others similarly
11 situated.

12
                    **UNITED STATES DISTRICT COURT**
13
                    **EASTERN DISTRICT OF CALIFORNIA**
14

15 | LUCAS MEJIA on behalf of himself and others similarly situated. | Case No.: 2:19-CV-00218-WBS-AC |
|---|---|
| PLAINTIFF, | **NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, ENHANCEMENT AWARD, AND ATTORNEYS' FEES AND COSTS** |
| vs. | |
| WALGREEN CO., et al., | Date: March 22, 2021 |
| DEFENDANTS. | Time: 1:30 p.m. |
| | Courtroom: 5 |
| | Before Hon. William B. Shubb, United States District Judge |

---

**NOTICE AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

1

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Plaintiff Lucas Mejia ("Plaintiff") hereby gives Notice that on Monday, March 22, 2021 at 1:30 p.m., in Courtroom 5 of the United States Courthouse located at 501 I Street, Sacramento, California 95814, Plaintiff will move for the first time, and hereby does move the Court to enter the concurrently filed [Proposed] Judgment and Order granting final approval of the class action settlement seeking the following:

(1) Granting final approval of the class action settlement;

(2) Certifying the proposed Class for settlement purposes only;

(3) Appointing Joseph Lavi and Jordan D. Bello of Lavi & Ebrahimian, LLP and Sahag Majarian II as Class Counsel and Plaintiff Lucas Mejia as Class Representative for settlement purposes only;

(4) Approving the settlement as fair, adequate, and reasonable, based upon the terms as set forth in the court-approved Joint Stipulation and Settlement Agreement including payment by Defendants of the maximum settlement payment of $4,500,000, except that Defendants shall separately pay their FICA/FUTA payments and employer side payroll taxes, equal to the amount owed to pay (1) the Class Members pursuant to the terms of the settlement; (2) the court-approved attorneys' fees and costs; (3) the court-approved class representative enhancement, (4) the court-approved settlement administration costs; and (5) the court-approved payment to the Labor and Workforce Development Agency pursuant to the Private Attorneys General Act of 2004 ("PAGA"); and

(5) Approving Plaintiff's Counsel's request for $1,125,000 in attorneys' fees plus reimbursement of litigation costs of $11,362.77;

(6) Approving an enhancement of $7,500 to Plaintiff in recognition of his service to the Class Members;

(7) Approving settlement administration costs of $35,000; and

(8) Approving $112,500 to be paid to the California Labor and Workforce Development Agency as 75% of the $150,000 allocated to civil penalties under the PAGA.

**Notice to the LWDA:** On February 22, 2021, Plaintiff's Counsel filed the settlement agreement with the LWDA and notified the LWDA of the date, time, and location of Plaintiff's motion for final approval of the class action settlement. (Bello Decl. ¶41.)

The motion is based on this Notice and Motion, the Memorandum of Points and Authorities, Declarations of Jordan D. Bello, Sahag Majarian II, Lucas Mejia, and Daniel P. La, exhibits, all other pleadings and papers on file in this action, and any oral argument or other matter that may be considered by the Court.

Dated: February 22, 2021　　　　　　　**LAVI & EBRAHIMIAN, LLP**

　　　　　　　　　　　　　　　　　　　By: /s/ Jordan D. Bello
　　　　　　　　　　　　　　　　　　　　　Joseph Lavi, Esq.
　　　　　　　　　　　　　　　　　　　　　Jordan D. Bello, Esq.
　　　　　　　　　　　　　　　　　　　　　Attorneys for PLAINTIFF
　　　　　　　　　　　　　　　　　　　　　LUCAS MEJIA and Other Class Members