## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**LUCAS MEJIA,**

CASE NO: **2:19–CV–00218–WBS–AC**

v.

**WALGREEN CO., ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/24/2021**

                                   **Keith Holland**
                                   Clerk of Court

ENTERED: **March 24, 2021**

by: /s/ A. Tupolo
Deputy Clerk